**Stephanie GEORGE, Appellant,
Respondent Below,**

v.

**DEPARTMENT OF SERVICES FOR
CHILDREN, YOUTH AND THEIR
FAMILIES (DSCYF/DFS), Appellee,
Petitioner Below.**

No. 134, 2016

Supreme Court of Delaware.

Submitted: October 13, 2016

Decided: October 27, 2016

Court Below: Family Court of the State of Delaware, in and for New Castle County, File No. 15-09-0TN, Petition No. 15-28052

AFFIRMED.